UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| RAYMOND STEPHENSON, JR., | ) | | |
| | ) | | |
| Petitioner, | ) | Nos. | 3:09-CR-43-PLR-HBG |
| | ) | | 3:13-CV-353-PLR |
| v. | ) | | |
| | ) | | |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Respondent. | ) | | |

## MEMORANDUM AND ORDER

Petitioner, Raymond Stephenson, Jr. ("Stephenson") has moved [Doc. 60] this Honorable Court to dismiss his Motion to Vacate, Set Aside, or Correct Sentence filed June 20, 2013 [Doc. 51].[1] Movant states that the Motion is now moot for the reason that Stephenson was released from the custody of the Bureau of Prisons on or about November 20, 2015.

The Court finds that the Motion [Doc. 60] is well-taken, and it is **GRANTED**. Accordingly, Stephenson's Motion under § 2255 [Doc. 51] is **DISMISSED**.

**IT IS SO ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] References are to the record in case no. 3:09-CR-43-PLR-HBG.